# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-00483-CJC(RNBx) | Date | June 29, 2010 |
|---|---|---|---|
| Title | Gerald A. Hutchinson v. JPMorgan Chase Bank, N.A., et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE

On June 1, 2010, the Court issued a Minute Order granting Defendant's motion to dismiss with leave to amend. Plaintiff was given twenty days leave to amend the complaint. As of today's date no amended complaint has been filed. The Court hereby ORDERS plaintiff, to show cause in writing no later than **July 9, 2010** why this action should not be dismissed for failure to prosecute.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff is due.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | mu | |